# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 756
:
APPOINTMENT TO ORPHANS' COURT : SUPREME COURT RULES DOCKET
PROCEDURAL RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, Julian E. Gray, Esquire, Allegheny County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years, commencing January 1, 2018.